UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS**,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID BERNHARDT,** *et al.*,<br><br>Defendants,<br><br>and<br><br>**SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN,** *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:18-cv-02035 (TNM) |

## ORDER

Upon consideration of the parties' motions for summary judgment, together with the pleadings, administrative record, relevant law, and related legal memoranda, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiff's [43] Motion for Summary Judgment is GRANTED in part and DENIED in part; it is further

**ORDERED** that the Defendants' [53] Cross-Motion for Summary Judgment is GRANTED in part and DENIED in part; it is further

**ORDERED** that the Defendant-Intervenors' [45], [49], and [51] Cross-Motions for Summary Judgment are GRANTED in part and DENIED in part; it is further

**ORDERED** that the Department of the Interior's decision is VACATED, and the matter is REMANDED to the Department for further proceedings consistent with the accompanying Memorandum Opinion.

**SO ORDERED**.

This is a final, appealable Order.


Dated: March 5, 2020                                         TREVOR N. McFADDEN
                                                             United States District Judge