UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS**, <br><br> Plaintiff, <br><br> v. <br><br> **DEBRA A. HAALAND, in her official capacity as United States Secretary of the Interior**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-02035 (TNM) |

**ORDER**

Upon consideration of the parties' cross-motions for summary judgment, oppositions, replies, the administrative record, and the law, it is hereby

**ORDERED** that Plaintiff's [91] Renewed Motion for Summary Judgment is DENIED. It is also

**ORDERED** that the Department of the Interior's [94] Renewed Motion for Summary Judgment and Defendant-Intervenors' [94] and [98] Renewed Motions for Summary Judgment are GRANTED.

**SO ORDERED.**

The Clerk of Court is requested to close this case.  This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).

Dated: March 6, 2023                                                         TREVOR N. McFADDEN, U.S.D.J.